IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK KELLY and TODD C. RAY,** As Trustees of the **PLUMBERS AND PIPEFITTERS LOCAL NO. 520 HEALTH AND WELFARE FUND; PLUMBERS AND PIPEFITTERS LOCAL NO. 520 PENSION FUND; PLUMBERS AND PIPEFITTERS LOCAL NO. 520 ANNUITY FUND,** | CIVIL ACTION NO. 1:14-CV-4 (Chief Judge Conner) |
| **Plaintiffs** | |
| v. | |
| **GAS FIELDS SPECIALISTS, INC.,** | |
| **Defendant** | |

## ORDER

AND NOW, this 18th day of August, 2015, upon consideration of the motion (Doc. 21) for summary judgment by Frank Kelly and Todd C. Ray, as trustees of the Plumbers and Pipefitters Local No. 520 Health and Welfare Fund, Pension Fund, and Annuity Fund, (collectively, "the Funds"), and further upon consideration of the motion (Doc. 27) for summary judgment by Gas Field Specialists, Inc., ("Gas Field"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The Funds' motion (Doc. 21) for summary judgment is GRANTED.
2. Gas Field's motion (Doc. 27) for summary judgment is DENIED.

3. Entry of judgment pursuant to paragraphs 1 and 2 is DEFERRED pending a determination on the issue of damages.

4. The parties are directed to meet and confer with the goal of developing an appropriate schedule for further proceedings. On or before **Friday, August 28, 2015**, the parties shall submit a joint proposed schedule to the court or, in the event the parties are unable to agree, shall submit individual proposed schedules for the court's consideration.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania