# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK KELLY and TODD C. RAY,** As Trustees of the **PLUMBERS AND PIPEFITTERS LOCAL NO. 520 HEALTH AND WELFARE FUND; PLUMBERS AND PIPEFITTERS LOCAL NO. 520 PENSION FUND; PLUMBERS AND PIPEFITTERS LOCAL NO. 520 ANNUITY FUND,** | : : : : : : : : : : : | CIVIL ACTION NO. 1:14-CV-4 (Chief Judge Conner) |
| **Plaintiffs** | : : | |
| v. | : : | |
| **GAS FIELD SPECIALISTS, INC.,** | : : | |
| **Defendant** | : | |

## ORDER & JUDGMENT

AND NOW, this 5th day of July, 2017, upon consideration of the court's memorandum and order (Docs. 35, 36) granting the motion (Doc. 21) for summary judgment of plaintiffs Frank Kelly and Todd C. Ray, (collectively, "the trustees") as trustees of the Plumbers and Pipefitters Local No. 520 ("Local 520") Health and Welfare Fund, Pension Fund, and Annuity Fund, (collectively, "the Funds"), and denying the motion (Doc. 27) for summary judgment by defendant Gas Field Specialists, Inc. ("Gas Field"), but deferring judgment pending a determination of damages, (Doc. 36), and, for the reasons stated in the accompanying memorandum,

the court finding that the Funds are entitled to all damages outlined in the parties' joint stipulation of facts, (see Doc. 50), is hereby ORDERED that:

1. Judgment is ENTERED in favor of the Funds and against Gas Field as follows:

    a. Gas Field shall pay to the Pension Fund the following amounts: $646,021.14 in delinquent contributions, $96,903.17 in liquidated damages, and $184,608.17 in interest;

    b. Gas Field shall pay to the Annuity Fund the following amounts: $248,055.66 in delinquent contributions, $37,208.35 in liquidated damages, and $70,993.25 in interest; and

    c. Gas Field shall pay to the Health and Welfare Fund the following amounts: $648,467.35 in delinquent contributions, $97,270.10 in liquidated damages, and $185,893.68 in interest.

2. The Funds may file any petition for attorneys' fees and costs within twenty (20) days of the date of this order in accordance with Federal Rule of Civil Procedure 54(d) and the Local Rules of this court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania