# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK KELLY** and **TODD C. RAY**, | : | **CIVIL ACTION NO. 1:14-CV-004** |
| Plaintiffs | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **GAS FIELD SPECIALISTS, INC.**, | : | |
| Defendant | : | |

## ORDER STAYING EXECUTION
## PURSUANT TO FED. R. CIV. P. 62

AND NOW, this 9th day of August, 2017, upon consideration of Defendant Gas Field Specialists, Inc.'s Motion (Doc. 78) for: (1) an Order pursuant to Rule 62(d) of the Federal Rules of Civil Procedure staying execution on (a) the August 18, 2015 Order entered by the Honorable Christopher C. Conner, Chief Judge for the United States District Court for the Middle District of Pennsylvania, granting Plaintiffs' Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment, but deferring entry of judgment pending a determination on the issue of damages (Doc. 36); (b) the judgment entered by Chief Judge Conner on July 5, 2017 (Doc. 55); and, (c) the judgment entered by Chief Judge Conner on July 25, 2017 (Doc. 67), pending Defendant/Appellant's appeal from the August 18, 2015 and July 5, 2017 judgments; and, (2) an Order approving the supersedeas bond in the amount of $2,500,000.00 issued by Fidelity and Deposit Company of Maryland as surety on behalf of Defendant, and any responses and replies thereto, it is hereby ORDERED that:

(1) Execution on the Order entering Judgment dated July 5, 2017 (Doc. 55) and the Order entering Judgment dated July 25, 2017 (Doc. 67) is hereby STAYED pending Defendant's appeal from the August 18, 2015 and July 5, 2017 judgments; and

(2) The supersedeas bond in the amount of $2,500,000.00 issued by Fidelity and Deposit Company of Maryland as surety on behalf of Defendant is approved.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania